AO 91Rev. 11/82      **CRIMINAL COMPLAINT**     ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KILEY RYAN BOWERS** | Docket No. **SA06-0311** | |
| | MAGISTRATE'S CASE NO.<br>SA 06- | |
| Complaint for violation of Title 18 United States Code § 2423(b) | | |
| NAME OF MAGISTRATE JUDGE<br>MARC L. GOLDMAN | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Santa Ana, CA |
| DATE OF OFFENSE<br>December 10, 2005 | PLACE OF OFFENSE<br>Orange County | Address of ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

18 United States Code Section 2423(b)

Beginning on or about December 10, 2005, in Orange County, within the Central District of California, and elsewhere, defendant **KILEY RYAN BOWERS**, traveled in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, namely a person under 18 years of age.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>WENDY J. DAVIS,<br>INV. OC Sheriff's Department |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>MARC L. GOLDMAN | DATE<br>July 20, 2006 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AUSA: RYL:ccf

(WARRANT)



AFFIDAVIT

I, Wendy J. Davis, being duly sworn, depose and say that:

1. I am an Investigator with the Orange County, California Sheriff's Department (OCSD) and have been employed by OCSD since January 1990. I am currently assigned to a multi-agency child exploitation task force known as the Southern California Regional Sexual Assault Felony Enforcement Team (SAFE Team) and have been serving in this assignment since October 2003. I have completed approximately 72 hours of training in crimes against children, including sexual and physical abuse, child exploitation, child pornography and Internet crimes against children. Among my responsibilities are the enforcement of federal criminal statutes involving the sexual exploitation of children pursuant to Title 18 United States Code, Section 2251, et seq., in the Central District of California. I am also responsible for the investigations involving the importation and distribution of child pornography. During my career as a Deputy Sheriff and Investigator, I have conducted and participated in numerous investigations of criminal activity, including, but not limited to the investigations of homicides, narcotics,

prostitution, property crimes, crimes against children and sexual assaults. During the investigations of these cases, I have executed and participated in the execution of numerous search warrants, and seized evidence of those violations. I have been deputized as a federal law enforcement officer.

2. As an Investigator and sworn Special Deputy, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is in support of an application for a criminal complaint and arrest warrant charging KILEY RYAN BOWERS with violation of Title 18, U.S.C. § 2423(b), Travel with Intent to Engage in Illicit Sexual Conduct.

4. On June 7, 2006, I reviewed a report written by Orange County, CA Sheriff's Deputy R. Swanson relating to the investigation of KILEY BOWERS and learned the following:

a. On June 4, 2006, Deputy Swanson responded to a residence in Lake Forest, CA where he spoke to the mother of 15 year old girl, hereafter referred to as "JANE DOE". DOE told her she had met a 28-year-old male named KILEY BOWERS on the Internet approximately a year and a half ago. In December of 2005, BOWERS came to California from Dallas, Texas and DOE had sexual intercourse with him.

b. Deputy Swanson spoke to DOE and she told him the following: She met BOWERS online about a year and a half ago. She initially told him she was 19 years old, but after a week she told BOWERS she was 14 years old. Shortly after that, the correspondence started turning sexual. DOE also spoke to BOWERS on the phone during this time.

c. During the year and a half communications, there were approximately 20 random occasions where BOWERS convinced DOE to use a "Web Cam" so he could watch her perform sexual acts and she could watch him perform sexual acts. The last web cam incident was on 4 June, 2006. During this incident, DOE disrobed and BOWERS masturbated.

d. In December of 2005 BOWERS came to southern California from Dallas, Texas. DOE and BOWERS made arrangements to meet on 9 December, 2005. On that day at approximately 0030 hours, DOE left her house without her parent's knowledge and Bowers picked her up about a block from her house. Right after being picked up, DOE gave BOWERS "head". BOWERS undid his pants and pulled out his penis and DOE put BOWERS' penis in her mouth. BOWERS took DOE to America's Best Value Inn in the city of Lake Forest on Lake Center. They went to a room, disrobed and had sexual intercourse. DOE said BOWERS put his penis into her vagina. BOWERS dropped DOE off at her house around 0300

3

hours the same day. After the incident, BOWERS went back to Texas and they continued to communicate on the Internet and the phone.

 e. DOE said Bowers is 28 years old and his birthday is on November 14. He is white, six feet tall and has brown hair. His address was 9885 Abernathy Ave. Dallas, TX. BOWERS used the online name of "lychor" both in Yahoo! and MySpace and used the name "kileybowers" on Yahoo!. The last time DOE chatted with BOWERS was on 4 June, 2006 and DOE printed out a copy of the chat.

 f. I reviewed the chat and it had the following statements:

  DOE - "if you said to man you know that is the same age as you that you slept with a 15 yr old, they would probably literally beat the crap out of you"

  "lychor" - "yeah"

  "lychor" - "well anyway, I guess best way to prevent it from occuring again is no webcam"

  DOE - "do you want me to leave you alone"

  "Lychor" - "I don't want you to leave me alone, bit I think things would be a lot better if we were able to keep our relationship as just friends"

  "Lychor" - "course, my finding you all attractive doesn't make that easy for me"

"Lychor" - "the only reason I would be iffy about dating you if we were local would have nothing to do with you other than the age difference"

DOE - "because you came out here and used me"

DOE - "I feel like you raped me"

"Lychor" - "I know, and though that was not my intent nor even what I wanted, it has become a big mistake that I wish I could correct"

5  On 8 June 2006, I spoke with SA Anthony Garcia who talked to the Manager at America's Best Value Inn in Lake Forest where he learned the following:

a.  The hotel records show KILEY RYAN BOWERS, 3783 Quail Hollow, Celina, TX 75009, TX drivers' license number 16484207, had checked in at the hotel on 12/09/2005 at approximately 2227 hours and had checked out on 12/10/2005 at approximately 0745 hours. He paid with a Visa Card, number 4610460611518069. He drove a sport, gray vehicle with Pearl Harbor, Arizona plates.

6. On June 8, 2006, I transmitted an administrative subpoena to Yahoo! for information regarding the user "lychor" and "kileybowers". The information provided by Yahoo! showed the "lychor" account belonging to Dr. Lychor of Dallas in Dallas TX 75009. The user had an additional e-mail listed of kiley.bowers@sbcglobal.net. Subscriber

5

information showed a name of KILEY BOWERS at 9885 Abernathy Ave in Dallas, TX 75220, phone number 214-358-5390. The last two logons were from IP's 167.107.191.217 on 6 June 2006 at 15:57:28 GMT and 71.159.150.206 on 5 June 2006 at 23:43:41 GMT. The logon IP on the day of DOE's last chat with BOWERS was 216.40.219.252 on 4 June, 2006 at 19:23:43 GMT. The "kileybowers" account belonged to Mr. KILEY BOWERS in Celina TX 75009.

7. On June 8, 2006, I logged onto MySpace.com and went to the site for "lychor" to view the profile. The profile shows a male, 28 years old, in Dallas Texas and a FriendID of 3554578. I transmitted an administrative subpoena to MySpace.com for information regarding FriendID 3554578. The information provided by MySpace showed the last account logon's from IP's 167.107.191.217 on 8 June 2006 at 08:48 a.m. Pacific Time and 71.154.15.193 on 8 June 2006 at 04:47 a.m. Pacific Time.

8. On June 8, 2006, I transmitted an administrative subpoena to SBC Internet Services for information regarding "kiley.bowers@sbcglobal.net" and the following IP's:

    71.159.150.206 on 5 June 2006 at 1643 Pacific Time

    71.154.15.193 on 8 June 2006 at 0447 Pacific Time

    71.159.128.48 on 31 May 2006 at 1943 Pacific Time

    70.253.143.26 on 29 May 2006 at 2038 Pacific Time

The information provided by SBC showed all IP's being logged into by "kiley.bowers@sbcglobal.net". The account showed the customer as KILEY BOWERS with a billing address of 9885 Abernathy Ave., Apt 2262 in Dallas, TX 75220 with phone number 214-570-8755. The DSL service address is listed as 13447 N. Central Expwy, Apt. 923, Dallas, TX 75243.

9. On June 8, 2006, I transmitted an administrative subpoena to Everyones Internet for information regarding IP 216.40.219.252 on 4 June 2006 at 12:23:43 Pacific Time. The information provided by Everyones Internet showed the account belonging to Candice Hellige at 3783 Quail Hollow, Celina, Texas 75009 phone number 972-346-2050. Yahoo! records show BOWERS logging into his account from this IP only on Sunday's.

10. I searched various records indices for information about KILEY BOWERS.

a. I located a Texas Driver's License number 16484207 showing a residence of 3783 Quail Hollow in Celina TX 75009, date of birth 11/14/1977.

b. On June 8, 2006, SA Karla Brainard from the Dallas FBI Office sent me a Texas DMV photograph for KILEY RYAN BOWERS, Date of birth 11/14/1977, DL number 16484207, address of 3783 Quail Hollow, Celina, TX 75009. The

photograph appears to be the same male that is in the photographs on the profiles for "lychor" on both Yahoo! and MySpace.

c. California drivers' license records indicate KILEY RYAN BOWERS, date of birth 11/14/1977, applied for a Commercial Driver's License number D6366438 in August 2003 with an address of 10822 Magnolia Blvd., Apt 103, N. Hollywood 91601. The photograph in the application appears to be the same male as the one photographed in the Texas Driver's License.

11. On June 12, 2006, an interview was conducted with DOE by the Orange County Child Abuse Services Team (CAST). A follow up interview was conducted by myself and SA Monica Cardenas. The following information was provided by DOE:

a. In the summer before her freshman year, DOE used Yahoo! and America Online(AOL) to browse the Internet. The computer she currently uses she has had for approximately one year. It was new when she got it and she is the only one who has ever used it. She did not save or archive any of her chats with BOWERS other than the last one on June 4, 2006.

b. Approximately a year and a half ago, she was browsing the Internet when she came across a link to www.geocities.com/lychor. She went to the link and using

Yahoo! Instant Messenger, started chatting with KILEY BOWERS, who used the screen name "Lychor". DOE initially told BOWERS she was 19 years old and he said he was 27 years old. After chatting with BOWERS for approximately one week, DOE told him she was really 14 years old. BOWERS said that was good to know and she could pass for 19 and it didn't change his opinion of her.

c. Immediately after telling BOWERS she was only 14 years old, BOWERS started talking about sex. He never mentioned sex when he thought she was 19 years old. It started with him making a statement about him wanting her to sit on his lap. He made other statements such as "I want to put myself inside of you." They talked about sex a lot. They talked about specific sex acts they wanted to do to each other. She told BOWERS she was a virgin. She started talking to BOWERS on the phone approximately a week after they met online. She has talked to him on the phone approximately eight times since they met.

d. BOWERS helped DOE create a profile on MySpace.com. DOE's parents checked her profile about a year ago and found messages from BOWERS on it. They told her not to talk to him any more because of his age and took her computer away from her for a few months and deleted her MySpace account. DOE continued to contact BOWERS from

computers at school and talked to him on the phone a couple of times during the summer because she didn't have access to a computer. They have had contact on the Internet almost every day in the past year and a half.

    e. A couple of months after DOE met BOWERS, he asked DOE to send him nude photos of herself. She initially sent photos of herself in a bathing suit because she wasn't comfortable sending him nude photos. He sent her a web cam video of himself masturbating through Yahoo! Instant Messenger, so she felt it would be okay to send him some nude photos of herself. She sent him nude photos of herself through Yahoo! e-mail and on a web cam. While on the web cam, BOWERS would ask DOE to take her clothes off and rub her chest and he would masturbate while she was doing it. DOE never did anything on the web cam other than rub her chest, but she was always completely nude. BOWERS continually asked DOE to send more nude photos of herself. DOE does not know how many nude photos she sent to him but it was between 10 and 50 photos.

    f. The last address DOE had for BOWERS was 9885 Abernathy Ave. in Dallas with phone number 214-358-5390. He recently got a new phone number of 214-570-8755 and told her he was living by himself. BOWERS told her he does not have a cell phone because he cannot afford it.

10

g. When they would talk on the web cam, DOE would see moving boxes in the background of his apartment. Sometimes she could see a bed or just a wall. She thinks BOWERS always used a laptop because he would sit on the floor a lot and moved around to different places in his apartment. She does not know if he used his laptop when at his mother and father's houses or if he used their computers. From their conversations she thinks he saved the photos of her somewhere on his computer.

h. BOWERS told DOE he goes to his mother's house every Sunday and he chats with her on the Internet from there almost every Sunday. She last talked to him on the phone a month ago and last had Internet contact with him on June 4, 2006.

i. On December 9, 2005, BOWERS came to California to visit his sister and to meet DOE in person. BOWERS told her he was flying into Burbank Airport and would be around for the weekend. Prior to his arrival, they had chatted about having sex while he was in California. He asked her what they were going to do and she replied, "Everything." She said they didn't discuss specific sex acts, but sex was implied in their conversations.

j. On December 9, 2005 at approximately 0045 hours, DOE snuck out of her house and BOWERS picked her up at the

11

bottom of the street she lived on. DOE could not remember if it was the morning of December 9 or 10. They had set up the meeting place in advance. BOWERS was in a small, four door, black car, possibly a Honda.

k. BOWERS had previously told DOE he had a fantasy of a girl getting in his car and giving him oral sex without him asking for it. DOE said when she got in BOWERS' car, she wanted to surprise him so she immediately unzipped his pants. He took his penis out and DOE gave him oral sex by putting his penis in her mouth and he ejaculated. BOWERS was fondling her breast under her shirt and her crotch through her pants while she was giving him oral sex.

l. BOWERS drove DOE to the Best Value Inn near her house in Lake Forest where he had already checked into a room. BOWERS pushed her onto the bed and removed her shirt. He stood up and took off all his clothes, layed on top of her and started kissing her. He took her pants and underwear off and put his penis into her vagina. BOWERS did not "get off" and went flaccid. He lay down next to her and she rubbed his penis until he was hard again. BOWERS straddled DOE across her abdomen and rubbed her clitoris with his fingers. He used DOE's hand to masturbate him and he ejaculated on her chest. BOWERS told her he was going to bring a condom when he met her but he

did not have, or use, any condoms. BOWERS took her home at approximately 0245 hours. DOE did not have contact with BOWERS again until a week later.

m. While at the hotel, BOWERS used his digital camera to take a picture of them together. She did not know what kind of camera it was but it was small. They were standing together with her arm around him and they were fully clothed. He held the camera out and took the picture. He sent her a copy of the picture through Instant Messenger but she deleted it so her parents would not find it. He did not take any nude photographs of DOE while they were at the hotel.

n. DOE describes BOWERS as white, 6'0", skinny, clear complexion, large oval birth mark on his abdomen, long dark brown hair at the time but he has cut it since they met in December, dark brown eyes, large lips, thick eyebrows, wears glasses, has no tattoos, he looks 20 years old but has never lied to her about his real age.

o. BOWERS has expressed concern in the past that DOE delete everything from her computer. He stated he was afraid she would tell the police about him. She told him it wasn't going to happen because she did not save anything. DOE said she did have a folder on her desktop at one time named "Lychor" where she kept still photos he sent her of

13

himself, both nude and clothed, but she has since deleted it.

12. On June 12, 2006, I transmitted an administrative subpoena to SBC/Southwestern Bell Telephone Company for subscriber information regarding phone number 214-570-8755. The information provided by SBC showed the billing and service address belonging to Kiley BOWERS at 13447 N. Central Expy., Apt. 923, Dallas, TX 75243.

13. On July 6, 2006, I reviewed the results of a preliminary forensic exam on DOE's computer and found the following:

a. There were four images of DOE from the waist up. DOE was nude and her breasts were prominently displayed. DOE told me they were some of the images she had sent to BOWERS over the Internet.

b. There were eight images of BOWERS. He was clothed in seven and topless in one. DOE told me they were images BOWERS had sent her over the Internet.

14. On July 6, 2006, I showed DOE a photographic line up of possible suspects. DOE identified the Texas DMV Photograph of KILEY RYAN BOWERS, date of birth 11/14/1977 as the male that she had sexual contact with in December of 2005.

15.  On July 19, 2006, a Federal Search Warrant was served on the residence of BOWERS. BOWERS was interviewed in a non-custody environment by SA Joe Ullman. I spoke to SA Ullman who told me BOWERS told him the following:

a.  BOWERS admitted to meeting DOE on the Internet. He admitted that DOE had done a nude performance on web cam and that he saved it to his computer.

b.  BOWERS admitted to traveling to California in December of 2005 to visit his sister and to meet with DOE. He stated they discussed meeting before he traveled to California and DOE gave him directions to her house. BOWERS picked her up at the bottom of her street at approximately 12:30 am.

c.  BOWERS initially stated they only kissed in the car and then admitted DOE gave him oral sex while they were in the car.

d.  BOWERS said he thought DOE was 17 years old going on 18 and didn't know she was 16 years old until he met her.

16.  On July 20, 2006, SA Anthony Garcia and SA Monica Cardenas conducted a follow-up non-custodial interview with BOWERS. SA Garcia told me BOWERS told him the following:

a.  BOWERS knew he was going to try to have sex with DOE when he came to California in December of 2005. He said DOE probably did tell him she was 15-years-old but he

forgot. When he decided to come to California to meet her he was hoping she was more like 17 years old, almost 18.

    b. BOWERS did take DOE to the hotel room to have sex with her but he couldn't do it. He attempted to penetrate her vagina with his penis but couldn't perform.

    17. On 20 July 2006, I spoke with SA Cardenas who advised that she saw pictures that were recovered in a preliminary forensic examination of BOWERS' computer seized the day before in Texas. According to SA Cardenas, examiners found pictures of a young girl which SA Cardenas recognized to be DOE on BOWERS' computer including one where DOE was partially nude. The pictures were located in a folder that was titled a variation of DOE's real name.

///

///

///

18. Based upon my training, experience, and the foregoing facts, I believe that probable cause exists that KILEY RYAN BOWERS, knowingly traveled in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, namely a person under 18 years of age in violation of Title 18, United States Code, Section 2423(b).

_____<br>
WENDY J. DAVIS<br>
Investigator<br>
Orange County Sheriff's Department

Subscribed and sworn to before me
This 20th day of July, 2006.

MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE