FILED

2006 AUG 18 AM 10: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Kyley Ryan Bowers | SACR 06-0311M |
| DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  08/18/06  0900   ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18 USC 2423(b)
3. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen:  ☒ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1977
6. The defendant is:  ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district):  N/A
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer:  Duty
11. Remarks (if any): _____

12. Date: 08/18/06
13. Signature: _[signature]_
14. Name: Alex Rodriguez
15. Title: USMSDO

CR-64 (07/05)    REPORT COMMENCING CRIMINAL ACTION

DOCKETED ON CM
AUG 21 2006