ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2005 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILEY RYAN BOWERS,<br><br>    Defendant. | SA CR 183<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 2422(b): Use Of An Interstate Facility To Entice A Minor; 18 U.S.C. § 2423(b): Travel With Intent To Engage In Illicit Sexual Conduct; 18 U.S.C. § 2251(a): Sexual Exploitation Of A Child; 18 U.S.C. § 2252A(a)(1): Transportation of Child Pornography; 18 U.S.C. § 1001: Making A False Statement; 18 U.S.C. § 2: Aiding And Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

Beginning in or about early 2005, and continuing to in or about December 2005, in Orange County, within the Central District of California, and elsewhere, defendant KILEY RYAN BOWERS used a facility and means of interstate commerce, namely,

KBJ:kbj



DOCKETED ON CM
SEP 14 2006
BY ___ 032



10

interstate wire communications and the internet, to knowingly persuade, induce, and entice a 15 year-old minor female (hereinafter identified as "K.D.H.") to engage in sexual activity for which a person could be charged with criminal offenses under California law, specifically: (1) California Penal Code § 288(c)(1), Lewd And Lascivious Acts Upon A Child, (2) California Penal Code § 261.5, Unlawful Sexual Intercourse With A Minor, and (3) California Penal Code § 288a, Oral Copulation With A Minor Under The Age of 16 Years.

COUNT TWO

[18 U.S.C. § 2422(b)]

Beginning in or about early 2005, and continuing to on or about July 10, 2006, in Orange County, within the Central District of California, and elsewhere, defendant KILEY RYAN BOWERS used a facility and means of interstate commerce, namely, interstate wire communications and the internet, to knowingly persuade, induce, and entice K.D.H., a 15 year-old minor female, to engage in sexual activity for which a person could be charged with a criminal offense, specifically: the Sexual Exploitation Of A Child in violation of Title 18, United States Code, Section 2251(a).

COUNT THREE

[18 U.S.C. § 2423(b)]

On or about December 9, 2005, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant KILEY RYAN BOWERS traveled in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with K.D.H., a 15 year-old minor female.

## COUNT FOUR

[18 U.S.C. § 2251(a)]

On or about February 17, 2006, in Orange County, within the Central District of California, and elsewhere, defendant KILEY RYAN BOWERS employed, used, persuaded, induced, and enticed K.D.H., a 15 year-old minor female, to engage in sexually explicit conduct for the purpose of producing at least one visual depiction of such conduct, when defendant KILEY RYAN BOWERS knew and had reason to know that it would be transported in interstate commerce, and that it actually was transported in interstate commerce and produced using materials that had been shipped in interstate commerce.

## COUNT FIVE

[18 U.S.C. §§ 2252A(a)(1) and 2]

On or about February 17, 2006, in Orange County, within the Central District of California, and elsewhere, defendant KILEY RYAN BOWERS knowingly caused and aided and abetted the transportation in interstate commerce of at least one visual depiction of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A).

COUNT SIX

[18 U.S.C. § 1001]

On or about July 19, 2006, defendant KILEY RYAN BOWERS, in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, did knowingly and willfully make, and cause to be made, a false material statement and representation, which was received in the Central District of California, namely: defendant KILEY RYAN BOWERS stated and represented to F.B.I. agents that, on or about December 9, 2005, defendant did not take K.D.H., a 15 year-old minor female, to his hotel room at the Best Value Inn in Lake Forest, California, whereas in truth and fact, as the defendant then knew, he did take K.D.H. to his hotel room at that time for the purpose of having sex with her, in violation of Title 18, United States Code, Section 1001.

A TRUE BILL

/s/
_____
Foreperson

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch Office