# *Memorandum*

SACR06-0183

Subj:
United States v. KILEY RYAN BOWERS

Date:
September 12, 2006

To:
SHERRI R. CARTER
District Court Executive
United States District Court
Central District of California

From:
KENNETH JULIAN
Assistant United States Attorney
Criminal Division

The matter relating to the referenced criminal action, United States v. KILEY RYAN BOWERS, being filed on  September 13, 2006 ,

-- was [ ] was not [ X ] pending in the United States Attorney's Office before December 22, 1998, the date on which U.S. District Judge **Nora M. Manella** began receiving criminal matters;

KENNETH JULIAN
Assistant United States Attorney
Criminal Division

