GEORGE S. CARDONA
Acting United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Southern Division
KENNETH B. JULIAN (State Bar No. 149840)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3537
    Facsimile:  (714) 338-3708
    kenneth.julian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) SA CR 06-183-AG |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING SUPERVISED RELEASE CONDITIONS PURSUANT TO PLEA AGREEMENT UNDER 11(c)(1)(C) |
| v. | |
| KILEY RYAN BOWERS, | |
| Defendant. | |

   WHEREAS, this case involves a plea agreement pursuant to Federal Rules of Criminal Procedure 11(c)(1)(C);

   WHEREAS, the court has accepted the plea agreement pursuant to Federal Rules of Criminal Procedure 11(c)(3);

   IT IS HEREBY STIPULATED by and between plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California,

and defendant KILEY RYAN BOWERS, by and through his counsel of record, that the court should impose the conditions of supervised release set forth in the plea agreement, and additional conditions, as set forth below:

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318.

2. During the period of supervised release, defendant shall pay the special assessment in accordance with this judgement's orders pertaining to such payment.

3. Defendant shall cooperate in the collection of a DNA sample from defendant.

4. Defendant shall use only those computers, computer-related devices, screen/user names, passwords, e-mail accounts, and Internet Service Providers (ISPs) as approved by the Probation Officer. Computer and computer-related devices include, but are not limited to, personal computers, personal data assistants (PDAs), Internet appliances, electronic games, and cellular telephones, as well as peripheral equipment, that can access, or can be modified to access, the Internet, electronic bulletin boards, other computers, or similar media.

5. All computers, computer-related devices, computer storage media, and peripheral equipment used by defendant shall be subject to search and seizure, and subject to the installation of search and/or monitoring software and/or hardware, including unannounced seizure for the purpose of search. Defendant shall not shall defendant hide or encrypt files or data without written approval of the probation officer. Further, defendant shall, as requested by the Probation Officer, provide all billing records,

1  including telephone, cable, Internet, satellite, and similar
2  records.
3         6.  Defendant shall register with the state sex
4  offender registration agency in any state where the defendant
5  resides, is employed or is a student, as directed by the
6  Probation Officer.  The defendant shall provide proof of
7  registration to the Probation Officer within five days of release
8  from imprisonment.
9         7.  Defendant shall not possess any materials,
10 including pictures, photographs, books, writings, drawings,
11 videos, or video games, depicting and/or describing child
12 pornography, as defined in 18 U.S.C. 2256(8).
13        8.  Defendant shall not contact the victims, by any
14 means, including in person, by mail or electronic means, or via
15 third parties.
16        9.  Defendant shall not participate, in any capacity,
17 in the activities of any organization that would cause him to
18 have regular interaction with, supervise, care for, or have
19 custody of persons under the age of 18.  This condition shall not
20 be interpreted as preventing defendant from attending church
21 services.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  |  10. Defendant shall not maintain any type of
2  | employment that would cause him supervise, care for, or have
3  | custody of persons under the age of 18.
4  |
5  | IT IS SO STIPULATED.
6  |                                    GEORGE S. CARDONA
   |                                    Acting United States Attorney
7  |
   |                                    WAYNE R. GROSS
8  |                                    Assistant United States Attorney
   |                                    Chief, Southern Division
9  |
10 | 6/11/07
   | DATE                               KENNETH B. JULIAN
11 |                                    Assistant United States Attorney
12 |                                    Attorneys for Plaintiff
   |                                    United States of America
13 |
14 |
15 | 6/5/07
   | DATE                               ANNE HWANG
16 |                                    Attorney for Defendant
   |                                    KILEY RYAN BOWERS
17 |
18 | 6/5/7
19 | DATE                               KILEY RYAN BOWERS

4