GEORGE CARDONA
Acting United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Southern Division
KENNETH B. JULIAN
Assistant United States Attorney
(Cal. State Bar # 149840)
    411 W. Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3537
    Facsimile: (714) 338-3708

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-183 AG |
|     Plaintiff, | GOVERNMENT'S SENTENCING POSITION RE: DEFENDANT KILEY RYAN BOWERS |
|     v. | |
| KILEY RYAN BOWERS, | |
|     Defendant. | |

**I.**

**INTRODUCTION**

    This is a prosecution for Travel with Intent to Engage in Sex with a Minor and for Transportation of Child Pornography in violation of violation of 18 U.S.C. §§ 2423(b) and 2252A(a)(1). Defendant plead guilty under a plea agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. At the change of plea hearing, consistent with the wishes of the victim's family, the court accepted the plea agreement.

As discussed below, the government requests that, in sentencing defendant, the Court follow the plea agreement and the parties' Stipulation Regarding Conditions of Supervised Release.

## II.

### SENTENCING RECOMMENDATION

Pursuant to the plea agreement, and consistent with the Probation Report, the government recommends that defendant be sentenced to 108 months imprisonment; a 6-year term of supervised release; and $200 special assessment. The government also requests that the court impose conditions of supervised release that are consistent with the concurrently filed Stipulation Regarding Conditions of Supervised Release. The Stipulation contains supervised release conditions acceptable to the government and the defendant under the terms of the plea agreement. Consistent with the wishes of the victim's family, the government is not seeking restitution.

## III.

### DEFENDANT'S CONTENTIONS

Defendant objects to numerous factual statements in the Pre-sentence Report. These objections lack merit. While defendant has accepted responsibility for committing the crimes to which he plead guilty, it appears from these objections that defendant has not accepted responsibility for all of the consequences of his actions. Nevertheless, the government agrees with defendant that a ruling is unnecessary, and requests that the court make that finding, since the purported disputed facts will not affect sentencing under the plea agreement. Fed.R.Crim.P. 23(i)(3)(B).

Defendant requests the court take steps to remove on line access to his plea agreement in order to ensure defendant's personal safety. The government takes no position on this request. Defendant further requests that he be housed at FCI Sheridan, or at an Arizona facility. The government does not oppose this request.

## IV.

## VICTIM'S RIGHT TO SPEAK

At sentencing, members of the victim's family will exercise their right to address the Court pursuant to the Justice For All Act of 2004.

DATED: June 12, 2007          Respectfully submitted,

                              GEORGE S. CARDONA
                              Acting United States Attorney

                              WAYNE R. GROSS
                              Assistant United States Attorney
                              Chief, Southern Division

                              *Kenneth B. Julian*
                              _____
                              KENNETH B. JULIAN
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              UNITED STATES OF AMERICA